The Law Offices of
# EDWARD N. VAISMAN, ESQ.
33 Wood Avenue South - Suite 600
Iselin, New Jersey 08830
(732) 925-6090
Fax: (732) 709-5170
E-mail: vaismanlaw@gmail.com

<u>Admitted:</u>
New Jersey
Washington D.C.
U.S. Supreme Court
U.S. Ct. of Appeals – 2nd Circuit
District Court of New Jersey
Eastern District of New York
Southern District of New York
Northern District of New York

March 5, 2024

**Via PACER & Email: chambers_of_rg@njb.uscourts.gov**
Honorable Rosemary Gambardella
United States Bankruptcy Judge
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street - Courtroom 3E
Newark, New Jersey 07102

Re:   Miscellaneous Proceeding #: 24-00102-RG
US Bankruptcy Ct v. Edward Vaisman, Esq.
*Order to Show Cause Why Sanctions Should Not be Imposed for Failure to Properly File List of Creditors.*

Dear Honorable Rosemary Gambardella:

   Kindly allow this letter to serve as my response in lieu of a more formal reply to the above listed Order.

   Immediately upon learning of the errors contained within the aforementioned Order, I contacted the Clerk's office and realized that the new software upgrade from Best Case Cloud was faulty such that it created an occasional fault while filing some cases. Thereafter, I contacted Best Case and immediately remedied the malady. The culprit was a simple software setting which was not activated upon initial download and installation. Therefore, the issue has now been remedied and should never again arise. My apologies to the Court and the Clerk's office for the failure to properly file the list of creditors in the listed case.

    In light of the fact that the errant software issue has now been remedied, request is hereby respectfully made for this matter to be closed without the need of an appearance nor sanctions.

    Thank you for your attention.

    Respectfully,

    */S/ Edward Vaisman*

    Edward N. Vaisman, Esq.